UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| DOTTORA QUICK,<br><br>**PLAINTIFF**<br><br>v.<br><br>FARMINGTON OPERATIONS, LLC.<br>AND GENESIS HEALTHCARE, LLC,<br><br>**DEFENDANTS** | CIVIL NO. 1:14-CV-159-DBH |

**ORDER ON DEFENDANTS' MOTION TO DISMISS**

The defendants' motion to dismiss is **GRANTED**. The plaintiff has not responded as Local Rule 7(b) requires, and has failed to support her assertion that diversity of citizenship exists to give this court subject matter jurisdiction.

**SO ORDERED.**

**DATED THIS 18TH DAY OF JUNE, 2014**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**